UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14249-CIV-CANNON/Maynard

**GARY M. SILVER**,

    Plaintiff,
v.

**COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION**,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation regarding Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Motion for Attorney's Fees") [ECF No. 23].

On July 12, 2021, Plaintiff filed a Motion for Attorney's Fees [ECF No. 21]. On July 14, 2021, the Court referred the Motion for Attorney's Fees to Magistrate Judge Shaniek M. Maynard for a Report and Recommendation [ECF No. 22]. On October 12, 2021, Judge Maynard issued a Report recommending that the Motion for Attorneys' Fees be granted [ECF No. 23, pp. 10-11].

The Report and Recommendation states that the parties shall file any objections within fourteen days of the date of service of a copy of the Report and Recommendation [ECF No. 23, p. 3]. To date, neither party has filed an objection, and the time to do so has expired.

The Court has reviewed the record in this case and is otherwise fully advised in the premises. Upon review, the Court finds the Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis in the Report and Recommendation and

concludes that the Motion for Attorneys' Fees should be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 23] is **ADOPTED**.

2. Plaintiff's Motion for Attorney's Fees [ECF No. 21] is **GRANTED**.

3. Plaintiff is awarded $6,800.00 in attorney fees and $600.00 in costs to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States and subject to Plaintiff's assignment of the award to his attorney.

**DONE AND ORDERED** at Fort Pierce, Florida this 4th day of November 2021.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record